| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jennifer Witherell Crastz - SBN 185487<br>HEMAR, ROUSSO & HEALD, LLP<br>15910 Ventura Boulevard, Twelfth Floor<br>Encino, California 91436<br>Tel. (818) 501-3800<br>Fax (818) 501-2985<br>Email: jcrastz@hrhlaw.com<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: COMERICA BANK | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>BENJAMIN W. GONZALES,<br><br><br><br>Debtor(s) | CASE NO.: 2:17-bk-23812-BR<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** *(title of motion[1])*: **MOTION FOR RELIEF FROM THE AUTOMATIC STAY (ACTION IN NONBANKRUPTCY FORUM)** |

PLEASE TAKE NOTE that the order titled ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. §362 (ACTION IN NONBANKRUPTCY FORUM) was lodged on January 9, 2018 and is attached. This order relates to the application which is docket number 15 .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012      Page 1      F 9021-1.2.BK.NOTICE.LODGMENT

# PROPOSED ORDER

# EXHIBIT A

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                        F 9021-1.2.BK.NOTICE.LODGMENT

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Jennifer Witherell Crastz – SBN 185487<br>HEMAR, ROUSSO & HEALD, LLP<br>15910 Ventura Blvd., 12th Floor<br>Encino, CA  91436<br>Tel. (818) 501-3800<br>Fax (818) 501-2985<br>Email: jcrastz@hrhlaw.com<br><br>☐ *Movant appearing without an attorney*<br>☒ *Attorney for Movant* | FOR COURT USE ONLY |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:  BENJAMIN W. GONZALES | CASE NO.: 2:17-bk-23812-BR<br>CHAPTER: 7 |
| | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br>(Action in Nonbankruptcy Forum) |
| | DATE:  JANUARY 9, 2018<br>TIME:    2:00 P.M.<br>COURTROOM:  1668 (Hon. Barry Russell)<br>PLACE:  255 E. Temple St., Los Angeles, CA 90012 |
| Debtor(s). | |

**MOVANT: COMERICA BANK**

1. The Motion was:    ☒ Opposed    ☐ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following Nonbankruptcy Action:

    Name of Nonbankruptcy Action:  COMERICA BANK vs. C-PAK FOODS, INC., et al.

    Docket number:  BC640599

    Nonbankruptcy court or agency where the Nonbankruptcy Action is pending: Superior Court of the State of California, County of Los Angeles, Stanley Mosk Courthouse

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014    Page 1    F 4001-1.RFS.NONBK.ORDER

3. The Motion is granted under 11 U.S.C. § 362(d)(1).

4. As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

   a. ☒ Terminated as to the Debtor and the Debtor's bankruptcy estate.

   b. ☐ Modified or conditioned as set forth in Exhibit _____ to the Motion.

   c. ☐ Annulled retroactively to the bankruptcy petition date. Any postpetition acts taken by Movant to enforce its remedies regarding the nonbankruptcy action do not constitute a violation of the stay.

5. **Limitations on Enforcement of Judgment:** Movant may proceed in the nonbankruptcy forum to final judgment (including any appeals) in accordance with applicable nonbankruptcy law. Movant is permitted to enforce its final judgment only by *(specify all that apply)*:

   a. ☐ Collecting upon any available insurance in accordance with applicable nonbankruptcy law.

   b. ☐ Proceeding against the Debtor as to property or earnings that are not property of this bankruptcy estate.

6. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

7. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

8. ☒ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

9. ☐ This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the nonbankruptcy action.

10. ☐ This order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice.

11. ☒ Other *(specify)*:

    a. Movant may proceed under applicable nonbankruptcy law to enforce its remedies to proceed to final judgment in the nonbankruptcy forum, provided that the stay remains in effect with respect to enforcement of any judgment against the Debtor or property of the Debtor's bankruptcy estate.

    b. Movant's request to delay the entry of the Debtor's discharge is denied.

###

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                    Page 2                              F 4001-1.RFS.NONBK.ORDER

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
15910 Ventura Blvd., 12th Floor, Encino, CA  91436


A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 9, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On **January 9, 2018, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/9/2018 | MARY ANN GRANZOW | /s/ Mary Ann Granzow |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                    Page 3                                              **F 9021-1.2.BK.NOTICE.LODGMENT**

**ADDITIONAL SERVICE INFORMATON:**

**SERVED BY U.S. MAIL:**

**Debtor**
Benjamin W Gonzales
aw C-PAK Sea Foods, Inc.
aka William Benjamin Gonzales
P.O. Box 1530
Los Angeles, CA 90001

**Debtor's Attorney**
James R. Selth
Weintraub & Selth APC
11766 Wilshire Blvd Ste 1170
Los Angeles, CA 90025

**Chapter 7 Trustee**
David M Goodrich (TR)
333 S. Hope St., 35th Floor
Los Angeles, CA 90071

**Proposed Attorneys for Chapter 7 Trustee**
D. Edward Hays/Chad V. Haes
Marshack Hays LLP
870 Roosevelt
Irvine, CA  92620

**U.S. Trustee**
United States Trustee (LA)
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

**SERVED BY NEF:**

- Bhagwati Barot    bbarot@aissolution.com
- Jennifer Witherell Crastz    jcrastz@hemar-rousso.com
- David M Goodrich (TR)    GoodrichTrustee@sulmeyerlaw.com, c143@ecfcbis.com;dgoodrich11@ecf.epiqsystems.com
- Chad V Haes    chaes@marshackhays.com, ecfmarshackhays@gmail.com
- D Edward Hays    ehays@marshackhays.com, ecfmarshackhays@gmail.com
- Laila Masud    lmasud@marshackhays.com, ecfmarshackhays@gmail.com
- James R Selth    jim@wsrlaw.net, jselth@yahoo.com;melissa@wsrlaw.net;vinnet@ecf.inforuptcy.com
- Valerie Smith    claims@recoverycorp.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Daniel J Weintraub    dan@wsrlaw.net, melissa@wsrlaw.net;vinnet@ecf.inforuptcy.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 4    F 9021-1.2.BK.NOTICE.LODGMENT