| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| James R. Selth - Bar #123420<br>Elaine V. Nguyen - Bar #256432<br>WEINTRAUB & SELTH, APC<br>11766 Wilshire Boulevard, Suite 1170<br>Los Angeles, CA 90025<br><br>Telephone: (310) 207-1494<br>Facsimile: (310) 442-0660<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>BENJAMIN W. GONZALES<br><br><br><br>Debtor(s) | CASE NO.: 2:17-bk-23812-BR<br>CHAPTER: 7<br><br>**SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see <u>Abbreviated Fee Schedule</u> on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added?  ☒ Yes  ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B    ☐ Schedule C    ☒ Schedule D    ☒ Schedule E/F    ☐ Schedule G
☐ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers    ☐ Statement of intention    ☐ Master Mailing List
☐ Other *(specify)* _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 01/22/2018

_____
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

*NOTE*: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015      Page 1      F 1007-1.1.AMENDED.SUMMARY

**Fill in this information to identify your case:**

Debtor 1: **Benjamin W Gonzales**
  First Name / Middle Name / Last Name

Debtor 2: (Spouse if, filing)
  First Name / Middle Name / Last Name

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): **2:17-bk-23812-BR**

■ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**
☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
■ Yes. Fill in all of the information below.

**Part 1: List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A – Amount of claim (Do not deduct the value of collateral.) | Column B – Value of collateral that supports this claim | Column C – Unsecured portion If any |
|---|---|---|---|---|
| **2.1 Bank of America** – Creditor's Name<br>P.O. Box 31785<br>Tampa, FL 33631-3785<br>Number, Street, City, State & Zip Code<br><br>**Who owes the debt?** Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br><br>Date debt was incurred **1/2013** | Describe the property that secures the claim:<br>**14930 Mar Vista St. Whittier, CA 90605  Los Angeles County**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Nature of lien.** Check all that apply.<br>■ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset)<br><br>Last 4 digits of account number **6786** | $455,802.40 | $1,900,000.00 | $0.00 |
| **2.2 Bank of America** – Creditor's Name<br>P.O. Box 31785<br>Tampa, FL 33631-3785<br>Number, Street, City, State & Zip Code<br><br>**Who owes the debt?** Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>■ Check if this claim relates to a community debt<br><br>Date debt was incurred **11/2013** | Describe the property that secures the claim:<br>**14930 Mar Vista St. Whittier, CA 90605  Los Angeles County**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Nature of lien.** Check all that apply.<br>■ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset)  HELOC - proceeds used for Debtor's corporation, purchase of investment property<br><br>Last 4 digits of account number **0036** | $715,744.94 | $1,900,000.00 | $0.00 |

Debtor 1  **Benjamin W Gonzales**
         First Name   Middle Name   Last Name

Case number (if known)  **2:17-bk-23812-BR**

---

### 2.3 BMW Financial Services
Creditor's Name

Describe the property that secures the claim: $15,112.00    $24,000.00    $0.00

2013 BMW 650i unknown miles Vehicle co-owned by Debtor's corporation C-PAK Seafoods, Inc., which is co-borrower on loan and has made all payments since the down payment in October 2012. Vehicle is in possession of separated nondebtor spou

P.O. Box 3608
Dublin, OH 43016-0306
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  **10/2012**     Last 4 digits of account number  **8276**

---

### 2.4 Comerica Bank
Creditor's Name

Describe the property that secures the claim: $1,472,359.35    $1,900,000.00    Unknown

14930 Mar Vista St. Whittier, CA 90605 and
14663 Carnell St., Whittier, CA 90603

35 North Lake Ave., Suite 120
Pasadena, CA 91101
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Attachment lien recorded 4/2017

Date debt was incurred  **1999, 2013**     Last 4 digits of account number  **7713**

---

### 2.5 Frank O. Fox
Creditor's Name

Describe the property that secures the claim: $150,000.00    $1,900,000.00    $0.00

14930 Mar Vista St. Whittier, CA 90605  Los Angeles County

4262 Wilshire Blvd., 3rd Fl.
Los Angeles, CA 90010-3505
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

---

Official Form 106D      Additional Page of Schedule D: Creditors Who Have Claims Secured by Property      page 2 of 4

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1  **Benjamin W Gonzales**
       First Name      Middle Name      Last Name

Case number (if know)  **2:17-bk-23812-BR**

☐ Check if this claim relates to a community debt

■ Other (including a right to offset)  **FLARPL lien of attorney for separated spouse**

Date debt was incurred  **6/2015**

Last 4 digits of account number

---

**2.6**  Frank O. Fox
Creditor's Name

4262 Wilshire Blvd., 3rd Fl.
Los Angeles, CA
90010-3505
Number, Street, City, State & Zip Code

Describe the property that secures the claim:
**14930 Mar Vista St. Whittier, CA 90605  Los Angeles County**

$250,000.00    $1,900,000.00    $0.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **FLARPL lien of attorney for separated spouse**

Date debt was incurred  **8/2016**

Last 4 digits of account number

---

**2.7**  Frank O. Fox
Creditor's Name

4262 Wilshire Blvd., 3rd Fl.
Los Angeles, CA
90010-3505
Number, Street, City, State & Zip Code

Describe the property that secures the claim:
**14930 Mar Vista St. Whittier, CA 90605  Los Angeles County**

$250,000.00    $1,900,000.00    $0.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **FLARPL lien of attorney for separated spouse**

Date debt was incurred  **2/2017**

Last 4 digits of account number

---

**2.8**  Frank O. Fox
Creditor's Name

4262 Wilshire Blvd., 3rd Fl.
Los Angeles, CA
90010-3505
Number, Street, City, State & Zip Code

Describe the property that secures the claim:
**14663 Carnell St. Whittier, CA 90603  Los Angeles County**

$150,000.00    $700,000.00    $0.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

---

Debtor 1  Benjamin W Gonzales                                         Case number (if know)   2:17-bk-23812-BR
         First Name    Middle Name    Last Name

☐ Check if this claim relates to a         ■ Other (including a right to offset)   FLARPL lien of attorney for separated spouse
   community debt

Date debt was incurred  8/2015           Last 4 digits of account number

| 2.9 | Merrick Bank | Describe the property that secures the claim: | $26,308.55 | $15,000.00 | $11,308.55 |

Creditor's Name

2017 Highland Ridge Open Range
Ultra Light
Camper trailer

As of the date you file, the claim is: Check all that apply.

P. O. Box 1500
Draper, UT 84020-1500
Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.          Nature of lien. Check all that apply.

■ Debtor 1 only                        ■ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                            car loan)
☐ Debtor 1 and Debtor 2 only           ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another  ☐ Judgment lien from a lawsuit
☐ Check if this claim relates to a     ☐ Other (including a right to offset)
   community debt

Date debt was incurred  4/2017           Last 4 digits of account number   8578

| 2.10 | PHH Mortgage | Describe the property that secures the claim: | $126,813.00 | $700,000.00 | $0.00 |

Creditor's Name

14663 Carnell St. Whittier, CA 90603
Los Angeles County

As of the date you file, the claim is: Check all that apply.

P.O. Box 5443
Mt. Laurel, NJ 08054-5443
Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.          Nature of lien. Check all that apply.

■ Debtor 1 only                        ■ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                            car loan)
☐ Debtor 1 and Debtor 2 only           ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another  ☐ Judgment lien from a lawsuit
☐ Check if this claim relates to a     ☐ Other (including a right to offset)
   community debt

Date debt was incurred  1/2013           Last 4 digits of account number   xxxx

Add the dollar value of your entries in Column A on this page. Write that number here:   $3,612,140.24
If this is the last page of your form, add the dollar value totals from all pages.        $3,612,140.24
Write that number here:

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐
   Name, Number, Street, City, State & Zip Code          On which line in Part 1 did you enter the creditor?  2.4
   Sandra I. Tiberi
   Hemar, Rousso & Heald, LLP                            Last 4 digits of account number ___
   15910 Ventura Blvd., 12th Fl.
   Encino, CA 91436

Official Form 106D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 4 of 4

**Fill in this information to identify your case:**

Debtor 1: **Benjamin W Gonzales**
          First Name    Middle Name    Last Name

Debtor 2: 
(Spouse if, filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number **2:17-bk-23812-BR**
(if known)

■ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☐ No. Go to Part 2.
   ■ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|      |                      |                                          | Total claim | Priority amount | Nonpriority amount |
|------|----------------------|------------------------------------------|-------------|-----------------|--------------------|
| 2.1  | **Gretel A. Gonzales** | Last 4 digits of account number **6423** | $1,471,581.00 | $1,471,581.00 | $0.00 |
|      | Priority Creditor's Name |                                       |             |                 |                    |
|      | **14930 Mar Vista St.** | When was the debt incurred? **2014-2017** |         |                 |                    |
|      | **Whittier, CA 90605**  |                                          |             |                 |                    |
|      | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | | |

   Who incurred the debt? Check one.
   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another
   ☐ Check if this claim is for a community debt
   Is the claim subject to offset?
   ■ No
   ☐ Yes

   ☐ Contingent
   ☐ Unliquidated
   ■ Disputed

   Type of PRIORITY unsecured claim:
   ■ Domestic support obligations
   ☐ Taxes and certain other debts you owe the government
   ☐ Claims for death or personal injury while you were intoxicated
   ☐ Other. Specify _____

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

                                                                                                    Total claim

| Debtor 1 | Benjamin W Gonzales | | Case number (if know) | 2:17-bk-23812-BR |

### 4.1 Adam Chu
Nonpriority Creditor's Name
P.O. Box 661056
Arcadia, CA 91066-1056
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____    $25,000.00

When was the debt incurred?   2016-2017

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Personal loans

### 4.2 Amende & Schultz Inc.
Nonpriority Creditor's Name
1017 Fremont Ave.
South Pasadena, CA 91030
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____    $8,260.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Obligation of Debtor's corporation, personal liability disputed

### 4.3 American Express
Nonpriority Creditor's Name
P.O. Box 297871
Fort Lauderdale, FL 33329-7812
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  6003    $22,616.41

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Credit card for Debtor's corporation

| Debtor 1 | Benjamin W Gonzales | | Case number (if know) | 2:17-bk-23812-BR |

---

**4.4  American Seafood Imports**
Nonpriority Creditor's Name
P.O. Box 1707
Englewood Cliffs, NJ 07632
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Obligation of Debtor's corporation, personal liability disputed**

$14,952.00

---

**4.5  Arnold Shugar, Trustee**
Nonpriority Creditor's Name
441 N. Oakhurst Dr., Apt 601
Beverly Hills, CA 90210
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Claim by landlord of Debtor's corporation, personal liability disputed**

Unknown

---

**4.6  Bank Of America**
Nonpriority Creditor's Name
P.O. Box 15184
Wilmington, DE 19850-5184
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  8348

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Merrill Lynch Credit card**

$7,090.00

---

Debtor 1  Benjamin W Gonzales                                   Case number (if know)  2:17-bk-23812-BR

| 4.7 | **Bank Of America** | Last 4 digits of account number  9090 | $21,114.00 |

Nonpriority Creditor's Name
P.O. Box 15184
Wilmington, DE 19850-5184
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Credit card

| 4.8 | **Barclay's Bank Delaware** | Last 4 digits of account number  5927 | $711.00 |

Nonpriority Creditor's Name
P.O. Box 8802
Wilmington, DE 19899-8802
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Credit card

| 4.9 | **Benjamin Gonzales, Jr.** | Last 4 digits of account number | $10,000.00 |

Nonpriority Creditor's Name
2424 S. Leland St., Unit 8
San Pedro, CA 90731
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Personal loans

| Debtor 1 | Benjamin W Gonzales | | Case number (if know) | 2:17-bk-23812-BR |

### 4.10 Bluenose Seafood, inc.

**Nonpriority Creditor's Name**
339 Herring Cove Road, Suite 215
Halifax, NS  B3R 1V5
CANADA
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Obligation of Debtor's corporation, personal liability disputed

$138,375.00

### 4.11 C-PAK Sea Foods, Inc.

**Nonpriority Creditor's Name**
738 E. 61st St.
Los Angeles, CA 90001
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Loans from Debtor's corporation

$1,778,723.02

### 4.12 Capital One

**Nonpriority Creditor's Name**
P.O. Box 30285
Salt Lake City, UT 84130-0285
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  1803

When was the debt incurred?  Last used 10/2017

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Credit card

$14,275.64

Debtor 1   Benjamin W Gonzales                                                  Case number (if know)   2:17-bk-23812-BR

### 4.1.3 Captn's Pack Products, Inc.

**Nonpriority Creditor's Name**
7135 Minstrel Way, Suite 203
Columbia, MD 21045
*Number Street City State Zip Code*

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** ____

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Obligation of Debtor's corporation, personal liability disputed

**$0.00**

### 4.1.4 Citi

**Nonpriority Creditor's Name**
P.O. Box 6500
Sioux Falls, SD 57117
*Number Street City State Zip Code*

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** 5313

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit card

**$5,628.00**

### 4.1.5 Direct Source Seafood LLC

**Nonpriority Creditor's Name**
840 140th Ave. NE
Bellevue, WA 98005
*Number Street City State Zip Code*

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** ____

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Obligation of Debtor's corporation, personal liability disputed

**$150,343.23**

Debtor 1   Benjamin W Gonzales                                              Case number (if know)   2:17-bk-23812-BR

### 4.16 Farmers Insurance — $53,509.00

Nonpriority Creditor's Name
P.O. Box 2450
Grand Rapids, MI 49501
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number
When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Obligation of Debtor's corporation, personal liability disputed

### 4.17 FedLoan Servicing — $36,435.61

Nonpriority Creditor's Name
P.O. Box 69184
Harrisburg, PA 17106-9184
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number   4014
When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify   Student loan of Debtor's daughter

### 4.18 Fernando Garcia — $25,000.00

Nonpriority Creditor's Name
6049 Bartmus St.
Commerce, CA 90040
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number
When was the debt incurred?   2016-2017

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Personal loans

Debtor 1  Benjamin W Gonzales                                          Case number (if know)  2:17-bk-23812-BR

### 4.19 Friendly Hills Country Club — $16,081.98

Nonpriority Creditor's Name
8500 Villaverde Dr.
Whittier, CA 90605
Number Street City State Zip Code

Last 4 digits of account number ____
When was the debt incurred?  2013-2016

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Judgment for unpaid dues and charges

### 4.20 Hinton, Kreditor & Gronroos, LLP — $4,475.00

Nonpriority Creditor's Name
50 Foothill Blvd., 3rd Fl.
Arcadia, CA 91006
Number Street City State Zip Code

Last 4 digits of account number ____
When was the debt incurred?

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Obligation of Debtor's corporation, personal liability disputed

### 4.21 JDL Packaging Systems, Inc. — $21,620.40

Nonpriority Creditor's Name
7116 Marcelle St.
Paramount, CA 90723
Number Street City State Zip Code

Last 4 digits of account number ____
When was the debt incurred?

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Obligation of Debtor's corporation, personal liability disputed

| Debtor 1 | Benjamin W Gonzales | Case number (if know) | 2:17-bk-23812-BR |
|---|---|---|---|

**4.2.2**

**M&M Seafoods Limited**
Nonpriority Creditor's Name
**31 Mathieu Martin Dr.**
**Grand Barachois, NB  E4P 7V7**
**CANADA**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number                                                       $118,425.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Obligation of Debtor's corporation, personal liability disputed**

---

**4.2.3**

**Monarch Trading LLC**
Nonpriority Creditor's Name
**P.O. Box 58011**
**Vernon, CA 90058-8011**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number                                                       $20,202.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Obligation of Debtor's corporation, personal liability disputed**

---

**4.2.4**

**Priciliano Hernandez**
Nonpriority Creditor's Name
**1445 68th St.**
**Los Angeles, CA 90001**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number                                                       Unknown

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Labor claim**

| Debtor 1 | Benjamin W Gonzales | Case number (if know) | 2:17-bk-23812-BR |
|---|---|---|---|

**4.25**

**Robert Diaz**
Nonpriority Creditor's Name
50912 Quigley St.
Commerce, CA 90040
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number

When was the debt incurred? 2017

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Personal loan

$10,000.00

---

**4.26**

**Sierra Trading Company**
Nonpriority Creditor's Name
1641 W. Main St., Suite 301
Alhambra, CA 91801
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Obligation of Debtor's corporation, personal liability disputed

$16,910.00

---

**4.27**

**Sunnyvale Seafood**
Nonpriority Creditor's Name
2910 Faber St.
Union City, CA 94587
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Obligation of Debtor's corporation, personal liability disputed

$8,322.00

---

Debtor 1  Benjamin W Gonzales                                 Case number (if know)  2:17-bk-23812-BR

| 4.28 | Synchrony Bank | Last 4 digits of account number | 7108 | $3,500.00 |

Nonpriority Creditor's Name
Bankruptcy Department
P.O. Box 965060
Orlando, FL 32896-5005
Number Street City State Zip Code

When was the debt incurred?  9/2017

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Living Spaces charge account

| 4.29 | TM Sales Company | Last 4 digits of account number | | $19,782.00 |

Nonpriority Creditor's Name
924 19th St.
Lynden, WA 98264
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Obligation of Debtor's corporation, personal liability disputed

### Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Direct Source Seafood LLC**
16662 NE 121st St.
Redmond, WA 98052

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.15** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Kevin Mahoney**
Mahoney Law Group, APC
249 E. Ocean Blvd., Suite 814
Long Beach, CA 90802

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.24** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Mary A. Lazaran**
Hemar, Rousso & Heald, LLP
15910 Ventura Blvd., 12th Fl.
Encino, CA 91436

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.19** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address                              On which entry in Part 1 or Part 2 did you list the original creditor?

| Debtor 1 | Benjamin W Gonzales | | Case number (if know) | 2:17-bk-23812-BR |
|---|---|---|---|---|

William T. Kermisch  
12711 Ventura Blvd., Suite 200  
Studio City, CA 91604-2434

Line **2.1** of (Check one):

■ Part 1: Creditors with Priority Unsecured Claims  
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  |  | Total Claim |
|---|---|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. | $ | 1,471,581.00 |
|  | 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 0.00 |
|  | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
|  | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
|  | 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $ | 1,471,581.00 |

|  |  |  |  |  | Total Claim |
|---|---|---|---|---|---|
| Total claims from Part 2 | 6f. | Student loans | 6f. | $ | 36,435.61 |
|  | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
|  | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
|  | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 2,514,915.68 |
|  | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. | $ | 2,551,351.29 |

**ADDING NEW CREDITORS**

Arnold Shugar, Trustee
441 N. Oakhurst Dr., Apt 601
Beverly Hills, CA 90210


BMW Financial Services
P.O. Box 3608
Dublin, OH 43016-0306

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11766 Wilshire Boulevard, Suite 1170, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was **served (a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/22/2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David M Goodrich (TR)    GoodrichTrustee@sulmeyerlaw.com, c143@ecfcbis.com;dgoodrich11@ecf.epiqsystems.com
Eric S Pezold    epezold@swlaw.com, kcollins@swlaw.com
James R Selth    jim@wsrlaw.net, jselth@yahoo.com;melissa@wsrlaw.net;vinnet@ecf.inforuptcy.com
Valerie Smith    claims@recoverycorp.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 01/22/2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/22/2018 | Elayna Fenelon | /s/ Elayna Fenelon |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015    Page 2    F 1007-1.1.AMENDED.SUMMARY

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Bhagwati Barot    bbarot@aissolution.com
Jennifer Witherell Crastz    jcrastz@hemar-rousso.com
David M Goodrich (TR)    GoodrichTrustee@sulmeyerlaw.com, c143@ecfcbis.com;dgoodrich11@ecf.epiqsystems.com
Chad V Haes    chaes@marshackhays.com, ecfmarshackhays@gmail.com
D Edward Hays    ehays@marshackhays.com, ecfmarshackhays@gmail.com
Laila Masud    lmasud@marshackhays.com, ecfmarshackhays@gmail.com
James R Selth    jim@wsrlaw.net, jselth@yahoo.com;melissa@wsrlaw.net;vinnet@ecf.inforuptcy.com
Valerie Smith    claims@recoverycorp.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Daniel J Weintraub    dan@wsrlaw.net, melissa@wsrlaw.net;vinnet@ecf.inforuptcy.com