D. EDWARD HAYS, #162507
ehays@marshackhays.com
CHAD V. HAES, #267221
chaes@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
DAVID M. GOODRICH

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>BENJAMIN W. GONZALES,<br><br>Debtor. | Case No. 2:17-bk-23812-BR<br><br>Chapter 7<br><br>STIPULATION FOR TURNOVER OF FUNDS<br><br>[No Hearing Required] |

TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY COURT JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

This Stipulation is entered into by and between David M. Goodrich, in his capacity as Chapter 7 Trustee ("Trustee") for the bankruptcy estate ("Estate") of Benjamin W. Gonzales ("Debtor"), Debtor, and Comerica Bank ("Bank") by and through their respective attorneys of record. Trustee, Debtor, and Bank are collectively referred to as the "Parties."

## Recitals

A.    Prior to bankruptcy, Bank filed a complaint against Debtor and his affiliated entities in the Superior Court for the State of California, County of Los Angeles ("State Court"), commencing *Comerica Bank v. C-Pak Sea Foods et al.*, Case No. BC640599. The complaint demands $1,458,573.49 and alleges causes of action for breach of contract and breach of guaranty.

B.    On April 11, 2017, the State Court issued a prejudgment writ of attachment ("Writ") against all defendants.

C.    Bank subsequently instructed the Los Angeles County Sheriff ("Sheriff") to execute on the Writ by, among other things, attaching funds held by Debtor and his related entities at Wells Fargo Bank ("WFB").

D.    On October 26, 2017, approximately two weeks prior to the bankruptcy petition date and in response to the served Writ, WFB froze the following funds from five WFB accounts held in the name of Debtor, either alone or jointly with one of his children as follows:

- Debtor Account #3763 - $31,304.53
- Debtor Account #1911 - $880.83
- Debtor & Benjamin Gonzales, Jr. Account #1706 - $14,108.20
- Debtor & Benjamin Gonzales, Jr. Account #0036 - $87.74
- Debtor & Rosemarie Gonzales Account #3131 - $1,101.40

Total = $47,482.70 (collectively, the "Frozen Funds").

E.    On November 8, 2017, Debtor filed a voluntary petition for relief under Chapter 7 of the United States Code. Debtor filed his bankruptcy schedules and statements on the same date as Dk. No. 1.

F.    Debtor's response to SOFA No. 10 reflects that Bank levied (attached) $48,490 from Debtor's WFB accounts on October 26, 2017.

G.    The Parties are informed and believe that the Frozen Funds are still held by WFB and have not been turned over to the Sheriff.

H.    The Parties have entered into this Stipulation so that WFB or the Sheriff may turn over the Frozen Funds to the Trustee.

I.    To the extent that there are competing claims against the Frozen Funds, all parties reserve their respective rights to assert claims to the Frozen Funds by proof of claim, adversary proceeding, claim of exemption, or any other remedy recognized by law.

Wherefore, the Parties agree and STIPULATE as follows:

1. The Bank consents to WFB and the Sheriff turning the Frozen Funds over to the Trustee by check payable to "David M. Goodrich, Chapter 7 Trustee for the Bankruptcy Estate of Benjamin Gonzalez;"

2. To the extent that there are competing claims against the Frozen Funds, all parties reserve their respective rights to assert claims to the Frozen Funds by proof of claim, adversary proceeding, claim of exemption, or any other remedy recognized by law;

3. Nothing contained in this Stipulation shall be construed as an admission or waiver of rights by any party; and,

4. This Stipulation may be executed in one or more counterparts and facsimile or electronic signatures may be used in filing this document with the Court.

Dated: February 26, 2018    MARSHACK HAYS LLP

By: /s/ Chad V. Haes
D. EDWARD HAYS
CHAD V. HAES
Attorneys for Chapter 7 Trustee,
DAVID M. GOODRICH

Dated: February 2\_, 2018    HEMAR, ROUSSO & HEALD, LLP

By: _____
JENNIFER WITHERELL CRASTZ
SANDRA TIBERI
Attorneys for Creditor,
COMERICA BANK

Dated: February 23, 2018    WEINTRAUB & SELTH APC

By: _____
JAMES R. SELTH
Attorneys for Debtor,
BENJAMIN W. GONZALES

3

STIPULATION FOR DISBURSEMENT OF FUNDS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION FOR TURNOVER OF FUNDS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 26, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **February 26, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**Debtor**
Benjamin W Gonzales
P.O. Box 1530
Los Angeles, CA 90001

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 26, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Via Personal Delivery
PRESIDING JUDGE'S COPY
Bankruptcy Judge Barry Russell
United States Bankruptcy Court, Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 26, 2018 | Chanel Mendoza | */s/ Chanel Mendoza* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**
4827-7996-7833, v. 1/1239-013

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CON'T:
   - CREDITOR BMW BANK OF NORTH AMERICA, C/O AIS PORTFOLIO SERVICES, LP: Bhagwati Barot   bbarot@aissolution.com
   - CREDITOR COMERICA BANK: Jennifer Witherell Crastz    jcrastz@hemar-rousso.com
   - INTERESTED PARTY: Andy J Epstein    taxcpaesq@gmail.com
   - TRUSTEE: David M Goodrich (TR)    GoodrichTrustee@sulmeyerlaw.com, c143@ecfcbis.com;dgoodrich11@ecf.epiqsystems.com
   - ATTORNEYS FOR TRUSTEE: Chad V Haes    chaes@marshackhays.com, ecfmarshackhays@gmail.com
   - ATTORNEYS FOR TRUSTEE: D Edward Hays    ehays@marshackhays.com, ecfmarshackhays@gmail.com
   - ATTORNEYS FOR TRUSTEE: Laila Masud    lmasud@marshackhays.com, ecfmarshackhays@gmail.com
   - DEBTOR BENJAMIN W. GONZALES: James R Selth    jim@wsrlaw.net, jselth@yahoo.com;melissa@wsrlaw.net;vinnet@ecf.inforuptcy.com
   - INTERESTED PARTY: Valerie Smith    claims@recoverycorp.com
   - U.S. TRUSTEE: United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
   - DEBTOR BENJAMIN W. GONZALES: Daniel J Weintraub    dan@wsrlaw.net, melissa@wsrlaw.net;vinnet@ecf.inforuptcy.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

4827-7996-7833, v. 1/1239-013