1  D. EDWARD HAYS, #162507
ehays@marshackhays.com
2  CHAD V. HAES, #267221
chaes@marshackhays.com
3  MARSHACK HAYS LLP
870 Roosevelt
4  Irvine, California 92620-5749
Telephone:  (949) 333-7777
5  Facsimile:  (949) 333-7778

6  Attorneys for Chapter 7 Trustee,
DAVID A. GOODRICH

7

**FILED & ENTERED**

**NOV 16 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  LOS ANGELES DIVISION

11  In re                                        | Case No. 2:17-bk-23812-BR

12  BENJAMIN W. GONZALES,              | Chapter 7

13          Debtor.                              | ORDER GRANTING TRUSTEE'S MOTION
                                                 | TO APPROVE COMPROMISE BETWEEN
14                                               | TRUSTEE AND GRETEL GONZALES

15                                               | [MOTION – DOCKET NO. 85]

16                                               | Date:        November 7, 2018
                                                 | Time:        10:00 a.m.
17                                               | Ctrm:        1668

18

19      The Motion to Approve Compromise Between Trustee and Gretel Gonzales

20  ("Ms. Gonzales"), filed by David M. Goodrich, in his capacity as Chapter 7 Trustee ("Trustee") for

21  the bankruptcy estate of Benjamin W. Gonzales, on September 10, 2018, as Docket No. 85

22  ("Motion[1]"), came on for hearing on November 7, 2018, at 10:00 a.m., the Honorable Barry Russell,

23  presiding. The Trustee appeared by and through his counsel of record Marshack Hays LLP, by

24  Chad V. Haes. All other appearances were as stated on the record.

25      The Court has considered the Motion and its supporting evidence, the notice of Motion,

26  Secured Creditor Comerica Bank's Opposition to the Motion, the Trustee's Notice of Hearing re:

27

28

_____

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

4851-0176-0634, v. 1/1239-013

1  Opposition to Motion, the Trustee's Reply to Opposition to Motion, all other pleadings and papers

2  filed in this case, and the oral arguments and representations of counsel on the record at the hearing.

3  For the reasons set forth in the Motion, and on the record, the Court enters its order as follows:

4      IT IS ORDERED that:

5      1.      The Motion is granted in its entirety;

6      2.      The Agreement between the Trustee and Gretel Gonzales ("Agreement") attached as

7  Exhibit "1" to the Motion is approved;

8      3.      Neither the Agreement nor this Order shall affect the Trustee's right to object to any

9  proof of claim filed by Ms. Gonzales; and

10     4.      The Trustee is authorized to take the steps necessary to consummate the Agreement

11 set forth in the Motion.

12                                              ###

13

14

15

16

17

18

19

20

21

22

23

24  Date: November 16, 2018

25                                              Barry Russell
                                                United States Bankruptcy Judge

26

27

28