D. EDWARD HAYS, #162507
ehays@marshackhays.com
CHAD V. HAES, #267221
chaes@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
DAVID M. GOODRICH

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In re | Case No. 2:17-bk-23812-BR |
|---|---|
| BENJAMIN W. GONZALES,<br><br>Debtor. | Chapter 7<br><br>TRUSTEE'S NOTICE OF APPLICATION TO RETAIN (1) BK GLOBAL REAL ESTATE SERVICES; AND (2) KELLER WILLIAMS DOWNEY TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §§ 327, 328 AND 330<br><br>Date:  December 18, 2018<br>Time:  2:00 p.m.<br>Ctrm:  1668 |

TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY COURT JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the hearing on the application ("Application") for entry of an order substantially in the form attached to the Application as Exhibit 1, authorizing retention of (1) BK Global Real Estate Services ("BKRES") and (2) Keller Williams Downey ("Listing Agent") under the terms of the agreements ("Listing Agreements") attached to the Application as Exhibit 2, filed by David M. Goodrich, in his capacity as Chapter 7 Trustee ("Trustee") for the bankruptcy estate ("Estate") of Benjamin W. Gonzales ("Debtor"), will be held on December 18, 2018, at 2:00 p.m. in Courtroom 1668 in the United States Bankruptcy Court, Central District of California, 255 E. Temple Street, Los Angeles, CA 90012.

1

Trustee requests approval to retain BKRES and Listing Agent (individually and collectively referred to as "Broker" or Brokers"), at no cost to the estate, to negotiate with the first lienholder on certain real property in which the estate has no equity to: (1) allow Trustee to sell such property at the highest price that the market will bear; (2) waive any resulting deficiency claim; and (3) pay an 11 U.S.C. § 506 surcharge to provide a carveout for the benefit of the estate and pay all other sale expenses, including a 6% brokerage commission that will be shared equally by BKRES and Listing Agent only upon the closing of a sale that is approved by this Court. Trustee respectfully requests that an order be entered approving the employment of BKRES and Listing Agent.

The Application is made based on the following facts:

In his Schedule A/B, Debtor lists an ownership interest in 14930 Mar Vista St. Whittier, California 90605 with a scheduled vale of $1,900,000 ("Property").

Trustee believes the Property is currently worth $1,800,000-$2,000,000 but is subject to, at minimum, the following liens[1]:

| Estimated Value of Property | $1,800,000 |
| --- | --- |
| Bank of America ("BofA") First Priority Lien | ($ 455,802)[2] |
| Bank of America Second Priority Lien | ($ 715,745)[3] |
| Law Offices of Frank Fox Lien ("FLARPLs") | ($ 840,000)[4] |
| **Total to Left to Pay Other Liens** | **- 211,547.00** |

Collectively, the liens against the Property exceed the value of the Property. As such, Trustee requires the services of BKRES to reach an agreement with BofA to ensure funds for the Estate will be available from the sale of the Property from which distributions can be made to administrative and unsecured creditors. Importantly, Brokers **will not** be entitled to any

---

[1] See, Preliminary Title Report for the Property attached to the Declaration of David M. Goodrich as Exhibit 5 to the Application.

[2] The amount provided was obtained during discussions with Bank of America by BKRES. The preliminary title report reflects $550,750.

[3] The amount provided was obtained during discussions with Bank of America by BKRES. The preliminary title report reflects $719,500.

[4] The amount provided was obtained during discussions with The Law Firm of Fox and Fox ("Firm") in the Trustee's investigation of the Firm's claim.

compensation from the Estate whatsoever under any circumstances. Brokers will only receive and share a brokerage commission that will be paid by secured creditor BofA as an 11 U.S.C. § 506 surcharge approved by this Court.

The Trustee believes that the highest and best value for the Property will be generated through a sale in which the Property is widely marketed to the public and offered at the highest price that the market will bear. The Trustee further believes that such a sale is in the best interest of the Estate but can only be achieved if BofA's Consent is first obtained. That is why the Trustee believes that retaining BKRES and Listing Agent to obtain BofA's Consent is in the best interests of the Estate.

The Trustee in a reasonable exercise of his business judgment, believes the Sale is in the best interests of the Estate. The Application is based on this Notice, the Application, Memorandum of Points and Authorities, Declarations of David M. Goodrich, Rogelio Sanchez and Patrick Butler, the pleadings in Debtor's bankruptcy case, and upon further oral and documentary evidence as may be presented to the Court in support of the Application.

PLEASE TAKE FURTHER NOTICE that any opposition to the Application must be in the form as required by Local Bankruptcy Rule 9013-1(f) and filed with the Clerk of the above-entitled Court no later than fourteen (14) days prior to the hearing date set forth above, and a copy served on Marshack Hays LLP to the attention of Chad V. Haes at the address indicated above. A copy of any response must also be served on the Office of the United States Trustee, 915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017.

Failure to timely respond may be deemed as acceptance of the proposed relief and the Court may grant the relief requested in the Application without further notice or hearing. *See* Rule 9013-1(h) of the Local Bankruptcy Rules.

Dated: November 21, 2018                MARSHACK HAYS LLP

By: */s/ Chad V. Haes*
    CHAD V. HAES
    Attorneys for Chapter 7 Trustee,
    DAVID M. GOODRICH

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled **TRUSTEE'S NOTICE OF APPLICATION TO RETAIN (1) BK GLOBAL REAL ESTATE SERVICES; AND (2) KELLER WILLIAMS DOWNEY TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §§ 327, 328 AND 330** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 21, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **November 21, 2018,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**DEBTOR**
BENJAMIN W GONZALES
P.O. BOX 1530
LOS ANGELES, CA 90001-0530

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **November 21, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
**VIA PERSONAL DELIVERY**
PRESIDING JUDGE'S COPY
Bankruptcy Judge Barry Russell
United States Bankruptcy Court, Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 21, 2018 | Chanel Mendoza | */s/ Chanel Mendoza* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                      **F 9013-3.1.PROOF.SERVICE**

4843-2931-0080, v. 1

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   - CREDITOR BMW BANK OF NORTH AMERICA, C/O AIS PORTFOLIO SERVICES, LP: Bhagwati Barot    bbarot@aissolution.com
   - CREDITOR COMERICA BANK: Jennifer Witherell Crastz    jcrastz@hrhlaw.com
   - CREDITOR COMERICA BANK: Christopher D Crowell    ccrowell@hrhlaw.com
   - INTERESTED PARTY: Howard M Ehrenberg    hehrenberg@sulmeyerlaw.com, hehrenberg@ecf.inforuptcy.com;mviramontes@ecf.inforuptcy.com
   - INTERESTED PARTY ANDY EPSTEIN: Andy J Epstein    taxcpaesq@gmail.com
   - TRUSTEE: David M Goodrich (TR)    dgoodrich@wgllp.com, c143@ecfcbis.com;dgoodrich11@ecf.epiqsystems.com;lrobles@wgllp.com
   - ATTORNEYS FOR TRUSTEE DAVID M. GOODRICH: Chad V Haes    chaes@marshackhays.com, 8649808420@filings.docketbird.com
   - ATTORNEYS FOR TRUSTEE DAVID M. GOODRICH: D Edward Hays    ehays@marshackhays.com, 8649808420@filings.docketbird.com
   - ATTORNEYS FOR TRUSTEE DAVID M. GOODRICH: Laila Masud    lmasud@marshackhays.com, 8649808420@filings.docketbird.com
   - DEBTOR BENJAMIN W. GONZALES: James R Selth    jim@wsrlaw.net, jselth@yahoo.com;brian@wsrlaw.net;vinnet@ecf.inforuptcy.com
   - INTERESTED PARTY: Valerie Smith    claims@recoverycorp.com
   - U.S. TRUSTEE: United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
   - DEBTOR BENJAMIN W. GONZALES: Daniel J Weintraub    dan@wsrlaw.net, vinnet@ecf.inforuptcy.com;brian@wsrlaw.net

2. **SERVED BY UNITED STATES MAIL**: continued:

| | | |
|---|---|---|
| **CREDITOR**<br>AMERICAN EXPRESS<br>P.O. BOX 297871<br>FORT LAUDERDALE, FL 33329-7871 | **CREDITOR**<br>ADAM CHU<br>P.O. BOX 661056<br>ARCADIA, CA 91066-1056 | **CREDITOR**<br>AMENDE & SCHULTZ INC.<br>1017 FREMONT AVE.<br>SOUTH PASADENA, CA 91030-3224 |
| **RTD 01/18/18 UTF**<br>**CREDITOR**<br>BANK OF AMERICA<br>~~P.O. BOX 15184~~<br>~~WILMINGTON, DE 19850-5184~~ | **CREDITOR**<br>AMERICAN SEAFOOD IMPORTS<br>P.O. BOX 1707<br>ENGLEWOOD CLIFFS, NJ 07632-1107 | **CREDITOR**<br>ARNOLD SHUGAR, TRUSTEE<br>441 N. OAKHURST DR., APT 601<br>BEVERLY HILLS, CA 90210 |
| **CREDITOR**<br>BENJAMIN GONZALES, JR.<br>2424 S. LELAND ST., UNIT 8<br>SAN PEDRO, CA 90731-5234 | **CREDITOR**<br>BANK OF AMERICA<br>P.O. BOX 31785<br>TAMPA, FL 33631-3785 | **CREDITOR**<br>BARCLAY'S BANK DELAWARE<br>P.O. BOX 8802<br>WILMINGTON, DE 19899-8802 |
| **CREDITOR**<br>BMW FINANCIAL SERVICES<br>P.O. BOX 3608<br>DUBLIN, OH 43016-0306 | **CREDITOR**<br>BLUENOSE SEAFOOD, INC.<br>339 HERRING COVE ROAD, SUITE 215<br>HALIFAX, NS  B3R 1V5<br>CANADA | **CREDITOR / POC ADDRESS**<br>BMW BANK OF NORTH AMERICA,<br>C/O AIS PORTFOLIO SERVICES, LP<br>4515 N SANTA FE AVE. DEPT. APS<br>OKLAHOMA CITY, OK 73118 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

4843-2931-0080, v. 1

| **CREDITOR** | **CREDITOR / POC ADDRESS** | **CREDITOR** |
|---|---|---|
| CAPTN'S PACK PRODUCTS, INC.<br>7135 MINSTREL WAY, SUITE 203<br>COLUMBIA, MD 21045-5294 | C.P. FOOD PRODUCTS INC<br>PENPORN NANTAWISARAKUL<br>7135 MINSTREL WAY STE 203<br>COLUMBIA MD 21045-5294 | CAPITAL ONE<br>P.O. BOX 30285<br>SALT LAKE CITY, UT 84130-0285 |
| **CREDITOR**<br>COMERICA BANK<br>35 NORTH LAKE AVE., SUITE 120<br>PASADENA, CA 91101-1892 | **CREDITOR**<br>CITI<br>P.O. BOX 6500<br>SIOUX FALLS, SD 57117-6500 | **CREDITOR / POC ADDRESS**<br>COMERICA BANK<br>JENNIFER WITHERELL CRASTZ,<br>HEMAR, ROUSSO & HEALD, LLP<br>15910 VENTURA BLVD., 12TH FLOOR<br>ENCINO, CA 91436-2802 |
| **CREDITOR**<br>DIRECT SOURCE SEAFOOD LLC<br>840 140TH AVE. NE<br>BELLEVUE, WA 98005-5223 | **CREDITOR**<br>C-PAK SEA FOODS, INC.<br>738 E. 61ST ST.<br>LOS ANGELES, CA 90001 | **CREDITOR**<br>DIRECT SOURCE SEAFOOD LLC<br>16662 NE 121ST ST.<br>REDMOND, WA 98052-1207 |
| **CREDITOR**<br>FEDLOAN SERVICING<br>P.O. BOX 69184<br>HARRISBURG, PA 17106-9184 | **CREDITOR**<br>EMPLOYMENT DEVELOPMENT DEPT.<br>BANKRUPTCY GROUP MIC 92E<br>P.O. BOX 826880<br>SACRAMENTO, CA 94280-0001 | **CREDITOR**<br>FARMERS INSURANCE<br>P.O. BOX 2450<br>GRAND RAPIDS, MI 49501-2450 |
| **CREDITOR**<br>FRANK O. FOX<br>4262 WILSHIRE BLVD., 3RD FL.<br>LOS ANGELES, CA 90010-3505 | **CREDITOR**<br>FERNANDO GARCIA<br>6049 BARTMUS ST.<br>COMMERCE, CA 90040-2303 | **CREDITOR**<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS: A-340<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 |
| **CREDITOR**<br>GRETEL A. GONZALES<br>14930 MAR VISTA ST.<br>WHITTIER, CA 90605-1236 | **CREDITOR**<br>FRIENDLY HILLS COUNTRY CLUB<br>8500 VILLAVERDE DR.<br>WHITTIER, CA 90605 | **CREDITOR / POC ADDRESS**<br>FRIENDLY HILLS COUNTRY CLUB<br>C/O HEMAR, ROUSSO & HEALD, LLP.<br>15910 VENTURA BLVD., 12TH FL<br>ENCINO, CALIFORNIA 91436-2802 |
| **CREDITOR**<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | **CREDITOR / POC ADDRESS**<br>GRETEL GONZALES<br>WILLIAM T. KERMISCH<br>12711 VENTURA BLVD., SUITE 200<br>STUDIO CITY, CA 91604-2434 | **CREDITOR**<br>HINTON, KREDITOR & GRONROOS, LLP<br>50 FOOTHILL BLVD., 3RD FL.<br>ARCADIA, CA 91006 |
| **CREDITOR**<br>LOS ANGELES CITY CLERK<br>P.O. BOX 53200<br>LOS ANGELES, CA 90053-0200 | **CREDITOR**<br>JDL PACKAGING SYSTEMS, INC.<br>7116 MARCELLE ST.<br>PARAMOUNT, CA 90723-4841 | **CREDITOR**<br>KEVIN MAHONEY<br>MAHONEY LAW GROUP, APC<br>249 E. OCEAN BLVD., SUITE 814<br>LONG BEACH, CA 90802-4899 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

4843-2931-0080, v. 1

**CREDITOR**
MARY A. LAZARAN
HEMAR, ROUSSO & HEALD, LLP
15910 VENTURA BLVD., 12TH FL.
ENCINO, CA 91436-2829

**RTD 01/16/18 UTF**
**CREDITOR**
LOS ANGELES DIVISION
~~255 EAST TEMPLE STREET,~~
~~LOS ANGELES, CA 90012-3332~~

**CREDITOR**
M&M SEAFOODS LIMITED
31 MATHIEU MARTIN DR.
GRAND BARACHOIS, NB  E4P 7V7
CANADA

**CREDITOR**
PHH MORTGAGE
P.O. BOX 5443
MT. LAUREL, NJ 08054-5443

**CREDITOR**
MERRICK BANK
P. O. BOX 1500
DRAPER, UT 84020-1500

**CREDITOR**
MONARCH TRADING LLC
P.O. BOX 58011
VERNON, CA 90058-0011

**CREDITOR**
ROBERT DIAZ
50912 QUIGLEY ST.
COMMERCE, CA 90040

**CREDITOR**
PRICILIANO HERNANDEZ
1445 68TH ST.
LOS ANGELES, CA 90001-1915

**CREDITOR / POC ADDRESS**
PRICILIANO HERNANDEZ
MAHONEY LAW GROUP, APC
249 EAST OCEAN BOULEVARD, SUITE 814
LONG BEACH, CA 92618

**CREDITOR**
SIERRA TRADING COMPANY
1641 W. MAIN ST., SUITE 301
ALHAMBRA, CA 91801-1900

**CREDITOR**
ROSEMARIE GONZALES
14930 MAR VISTA ST.
WHITTIER, CA 90605-1236

**CREDITOR**
SANDRA I. TIBERI
HEMAR, ROUSSO & HEALD, LLP
15910 VENTURA BLVD., 12TH FL.
ENCINO, CA 91436-2829

**CREDITOR**
TM SALES COMPANY
924 19TH ST.
LYNDEN, WA 98264-9767

**CREDITOR**
SUNNYVALE SEAFOOD
2910 FABER ST.
UNION CITY, CA 94587-1214

**CREDITOR**
SYNCHRONY BANK
BANKRUPTCY DEPARTMENT
P.O. BOX 965060
ORLANDO, FL 32896-5005

**INTERESTED PARTY**
BANK OF AMERICA, N.A.
ATTN: CEO, OR OFFICER, MANAGING OR GENERAL AGENT, OR ANY OTHER AGENT AUTHORIZED TO RECEIVE SERVICE OF PROCESS
818 WEST 7TH STREET, 2ND FLOOR
LOS ANGELES, CA 90017

**INTERESTED PARTY**
BANK OF AMERICA, N.A.
C T CORPORATION SYSTEM
ATTN: JANICE BERGTHOLD, SENIOR VICE PRESIDENT, OR CEO, OR OFFICER, MANAGING OR GENERAL AGENT, OR ANY OTHER AGENT AUTHORIZED TO RECEIVE SERVICE OF PROCESS
150 N. COLLEGE ST., NC1-028-17-06
CHARLOTTE, NC 28255

**INTERESTED PARTY**
STEVEN SHILLER, ESQ.
BK GLOBAL
1095 BROKEN SOUND PKWY., SUITE 100
BOCA RATON, FL 33487

**INTERESTED PARTY/BROKER**
ROGELIO SANCHEZ
KELLER WILLIAMS REALTY DOWNEY
8255 FIRESTONE BLVD., STE. 100
DOWNEY, CA 90241

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                        **F 9013-3.1.PROOF.SERVICE**

4843-2931-0080, v. 1