D. EDWARD HAYS, #162507
ehays@marshackhays.com
CHAD V. HAES, #267221
chaes@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620-5749
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
DAVID A. GOODRICH

FILED & ENTERED

DEC 21 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:17-bk-23812-BR |
| BENJAMIN W. GONZALES, | Chapter 7 |
| Debtor. | ORDER GRANTING TRUSTEE'S APPLICATION TO RETAIN (1) BK GLOBAL REAL ESTATE SERVICES; AND (2) KELLER WILLIAMS DOWNEY TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §§327, 328 AND 330 |
| | [APPLICATION – DOCKET NO. 107] |
| | Date:     December 18, 2018<br>Time:    2:00 P.M.<br>Ctrm:    1668 |

The Application to Retain (1) BK Global Real Estate Services; and (2) Keller Williams Downey to Procure Consented Public Sale Pursuant to 11 U.S.C. §§ 327, 328 and 330; and Declarations of David M. Goodrich, Rogelio Sanchez and Patrick Butler in Support ("Application"), filed by David M. Goodrich, in his capacity as Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Benjamin W. Gonzales ("Debtor"), on November 21, 2018, as Dk. No. 107, came for hearing on December 18, 2018, at 2:00 p.m., the Honorable Barry Russell, presiding. Trustee appeared by and through his counsel of record Marshack Hays LLP, by Laila Masud. There were no other appearances.

/ / /

4816-5503-2705, v. 1/1239-013

1

The Court has read and considered the Application and its supporting evidence, the notice of Application filed on November 21, 2018, as Docket No. 110, the lack of an opposition to the Application, all other pleadings and papers filed in this case, the oral arguments and representations of counsel on the record at the hearing, and for the reasons set forth in the Application, and on the record, the Court enters its Order as follows.

IT IS ORDERED that:

1. The Application is granted in its entirety.

2. Defined terms not otherwise defined herein have the meanings given to them in the Application.

3. The Trustee is authorized to retain and compensate BK Global Real Estate Services ("BKRES") and local licensed listing agent, Rogelio Serrano of Keller Williams Downey Realty ("Listing Agent") pursuant to Sections 327, 328(a) and 330 of Title 11 of the United States Code, and Federal Rules of Bankruptcy Procedure 2014 and 2016, in accordance with the terms and conditions set forth in the BKRES Agreement, the Listing Agreement and this Order. BKRES and Listing Agent shall not split or otherwise share their fees with any other person or entity.

4. BKRES and Listing Agent are disinterested persons within the meaning of Bankruptcy Code Section 101(14).

5. BKRES and Listing Agent shall be compensated in accordance with the BKRES Agreement and Listing Agreement, respectively, and such compensation shall not hereafter be subject to challenge except under the standard of review set forth in Section 330 of Title 11 of the United States Code.

6. BKRES and Listing Agent are authorized to receive and retain their fees from Secured Creditor at the successful closing of the sale of the Property without necessity of further order of the Court. The Estate shall, in no circumstance, be obligated to compensate BKRES or Listing Agent, and BKRES and Listing Agent shall not have a claim against the Estate for any unpaid amounts. BKRES and Listing Agent, and anyone claiming by, through or under either of them, shall only have recourse against Secured Creditor for recovering its fees and costs. The Estate shall have no liability for any such claim.

7.  Trustee is hereby authorized to engage BKRES and Listing Agent ("Brokers") to provide reasonable and necessary property preservation, maintenance, and upkeep services to the Property to facilitate the sale of the Property for the benefit of the Secured Creditor(s) and the bankruptcy Estate, and to reimburse the Brokers in a maximum amount not to exceed $500 for the approved reasonable, necessary costs and expenses of preserving, or disposing of, the subject Property, without the need for further order.

8.  Notice of the Application was adequate and proper.

9.  This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

###

Date: December 21, 2018

Barry Russell
United States Bankruptcy Judge

4816-5503-2705, v. 1/1239-013