D. EDWARD HAYS, #162507
ehays@marshackhays.com
CHAD V. HAES, #267221
chaes@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620-5749
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
DAVID A. GOODRICH

FILED & ENTERED

MAR 01 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier      DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA- LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:17-bk-23812-BR |
| BENJAMIN W. GONZALES, | Chapter 7 |
| Debtor. | ORDER GRANTING TRUSTEE'S MOTION TO APPROVE CARVE-OUT AGREEMENT AND COMPROMISE |
| | [MOTION – DOCKET NO. 123] |
| | Date:      February 12, 2019 |
| | Time:     10:00 a.m. |
| | Ctrm:     1668 |

The Motion to Approve Compromise Between Trustee and Comerica Bank ("Comerica"), filed by David M. Goodrich, in his capacity as Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Benjamin W. Gonzales, filed on January 18, 2019, as Docket No. 123 ("Motion[1]"), came on for hearing on February 12, 2019, at 10:00 a.m., the Honorable Barry Russell, presiding. The Trustee appeared by and through his counsel of record Marshack Hays LLP, by Chad V. Haes. No other appearances were made.

The Court has considered the Motion and its supporting evidence, the notice of Motion, the Law Firm of Fox and Fox's Opposition, all other pleadings and papers filed in this case, and the oral

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

4852-3231-6037, v. 1/1239-013

arguments and representations of counsel on the record at the hearing. For the reasons set forth in the Motion, and on the record, the Court enters its order as follows:

IT IS ORDERED that:

1.    The Motion is granted in its entirety;

2.    The Agreement attached as Exhibit "1" to the Motion ("Agreement") is approved; and

3.    The Trustee is authorized to take the steps necessary to consummate the Agreement set forth in the Motion.

###

Date: March 1, 2019

_____

Barry Russell
United States Bankruptcy Judge

4852-3231-6037, v. 1/1239-013