| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>CHAD V. HAES, #267221<br>chaes@marshackhays.com<br>MARSHACK HAYS LLP<br>870 Roosevelt<br>Irvine, CA 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* David M. Goodrich, Chapter 7 Trustee | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>BENJAMIN W. GONZALES,<br><br>Debtor(s) | CASE NO.: 2:17-bk-23812-BR<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):    **TRUSTEE'S MOTION FOR: 1.APPROVAL OF SUBORDINATION AGREEMENT BETWEEN THE TRUSTEE AND BANK OF AMERICA; AND 2. AUTHORIZATION TO SELL REAL PROPERTY (A) OUTSIDE THE ORDINARY COURSE OF BUSINESS; (B) FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES; (C) SUBJECT TO OVERBID; AND (D) FOR DETERMINATION OF GOOD FAITH PURCHASER UNDER 11 U.S.C. §363(M)** |
|---|---|

PLEASE TAKE NOTE that the order titled ORDER GRANTING TRUSTEE'S MOTION FOR: 1. APPROVAL OF SUBORDINATION AGREEMENT BETWEEN THE TRUSTEE AND BANK OF AMERICA; AND 2.AUTHORIZATION TO SELL REAL PROPERTY (A) OUTSIDE THE ORDINARY COURSE OF BUSINESS; (B) FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES; (C) SUBJECT TO OVERBID; AND (D) FOR DETERMINATION OF GOOD FAITH PURCHASER UNDER 11 U.S.C. §363(M) was lodged on (*date*) August 17, 2021 and is attached.  This order relates to the motions which are docket numbers 263.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

**Bankruptcy LODGED ORDER UPLOAD FORM**

Tuesday, August 17, 2021

[Upload Again]

CONFIRMATION :

You've successfully uploaded the order:
( **10316333.doc** )
A new order has been added

- **Office**: Los Angeles
- **Case Title**: Benjamin W Gonzales
- **Case Number**: 17-23812
- **Judge Initial**: BR
- **Case Type**: bk ( Bankruptcy )
- **Document Number**: 263
- **On Date**: 08/17/2021 @ 06:34 PM

Please print this confirmation for future reference.

Thank You!

United States Bankruptcy Court, Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street, Los Angeles, CA 90012

D. EDWARD HAYS, #162507
ehays@marshackhays.com
CHAD V. HAES, #267221
chaes@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
DAVID M. GOODRICH

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>BENJAMIN W. GONZALES,<br><br>Debtor. | Case No. 2:17-bk-23812-BR<br><br>Chapter 7<br><br>ORDER GRANTING TRUSTEE'S MOTION FOR:<br>1. APPROVAL OF SUBORDINATION AGREEMENT BETWEEN THE TRUSTEE AND BANK OF AMERICA; AND<br>2. AUTHORIZATION TO SELL REAL PROPERTY (A) OUTSIDE THE ORDINARY COURSE OF BUSINESS; (B) FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES; (C) SUBJECT TO OVERBID; AND (D) FOR DETERMINATION OF GOOD FAITH PURCHASER UNDER 11 U.S.C. §363(M)<br><br>Hearing<br>Date:    August 10, 2021<br>Time:    2:00 p.m.<br>Place:   Courtroom 1668 (Hon. Barry Russell)<br>            255 East Temple Street<br>            Los Angeles, California 90012 |

On August 10, 2021, at 2:00 p.m., the Court held a hearing regarding the motion filed by David M. Goodrich, in his capacity as Chapter 7 Trustee ("Trustee")[1] of the bankruptcy estate of Benjamin

---

[1] All terms not otherwise defined herein are used as they are defined in the Motion.

1

W. Gonzales ("Debtor"), entitled "*Trustee's Motion for Order: 1. Approving Subordination Agreement Between the Trustee and Bank of America; 2. Approving Compromise Between Trustee and Comerica Bank;[2] and 3. Authorizing Sale of Real Property (A) Outside the Ordinary Course of Business, (B) Free and Clear of Liens, Claims, and Encumbrances, (C) Subject to Overbid, and (D) for Determination of Good Faith Purchaser Under 11 U.S.C. §363(M); Memorandum of Points and Authorities; Declarations of David M. Goodrich and Rogelio Sanchez in Support*" ("Motion"), filed on July 20, 2021, as Docket No. 263. Appearances were as noted on the record.

The Court has considered the Motion and its supporting evidence, the notice of Motion, the Law Firm of Fox and Fox's Opposition, Comerica Bank's Reply Memorandum, all other pleadings and papers filed in this case, and the oral arguments and representations of counsel on the record at the hearing. For the reasons set forth in the Motion, and on the record, the Court enters its order as follows:

IT IS ORDERED:

1. The Motion is granted;

2. The Trustee is authorized to sell, outside the ordinary of course of business pursuant to 11 U.S.C. § 363(b), the property commonly known as 14930 Mar Vista St. Whittier, California 90605 ("Property") which is legally described as:

> Real property in the City of Whittier, County of Los Angeles, State of California, described as follows:
>
> THE NORTHWESTERLY 135 FEET OF LOT 13 OF TRACT 11571, IN THE CITY OF WHITTIER, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 243 PAGES 27 TO 29 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.
>
> EXCEPT THEREFROM THE SOUTHWESTERLY 185 FEET MEASURED ALONG THE NORTHWESTERLY LINE OF SAID LOT.
>
> APN: 8149-030-005 and 8149-030-006

---

[2] Approval of the compromise between the Trustee and Comerica Bank is subject to a separate order lodged concurrently herewith.

3. The sale of the Property is free and clear of all liens, claims, and interests under 11 U.S.C. § 363(f), including but not limited to the following:

    A. The Property shall be sold free and clear of the Deed of Trust securing an original indebtedness of $150,000 recorded June 30, 2015, as Instrument No. 15-779609 in favor of Frank O. Fox, and said Deed of Trust does not attach to the sale proceeds;

    B. The Property shall be sold free and clear of the judgment lien based on the Abstract of Support Judgment in favor of Gretel A. Gonzales, recorded on February 19, 2016, as Instrument No. 20160183748, and said Abstract of Judgment does not attach to the sale proceeds;

    C. The Property shall be sold free and clear of the Deed of Trust securing an original indebtedness of $250,000 recorded August 9, 2016, as Instrument No. 16-940681 in favor of Frank O. Fox, and said Deed of Trust does not attach to the sale proceeds;

    D. The Property shall be sold free and clear of the judgment lien based on the Abstract of Judgment in favor of Comerica Bank, recorded on January 31, 2019, as Instrument No. 20190095204, and said Abstract of Judgment does not attach to the sale proceeds;

4. Trustee is authorized to sign all documents necessary to consummate the sale and close escrow including, but not limited to, a purchase and sale agreement, grant deed, and escrow instructions;

5. Trustee and escrow are authorized to pay all real property taxes apportioned based on the date of closing;

6. The BofA Subordination Agreement attached as Exhibit "1" to the Motion is approved in its entirety ("BofA Subordination Agreement") and Trustee is authorized to take all steps necessary to enter consummate its terms;

7. Trustee and escrow are authorized to pay BofA pursuant to a demand submitted to escrow and subject to the terms set forth in the BofA Subordination Agreement;

8. Trustee and escrow are authorized to pay all costs of sale including 6% commissions from the funds otherwise payable to BofA on account of its second-in-priority deed of trust pursuant to the BofA Subordination Agreement;

/ / /

9. Trustee and escrow are authorized to pay the Estate the subordinated portion of BofA's Second DoT in the amount of $300,000;

10. Buyers, Raul Ruiz and Blanca Ruiz, are good faith purchasers entitled to the protections set forth in 11 U.S.C. § 363(m); and

11. The 14-day stay regarding the effectiveness of this order is waived.

### 

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 ROOSEVELT, IRVINE, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LODGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 17, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **August 17, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**DEBTOR**
BENJAMIN W GONZALES
P.O. BOX 1530
LOS ANGELES, CA 90001

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 17, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
**VIA OVERNIGHT MAIL:**
**PRESIDING JUDGE'S COPY**
HONORABLE BARRY RUSSELL
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
EDWARD R. ROYBAL FEDERAL BUILDING AND COURTHOUSE
255 E. TEMPLE ST., SUITE 1660 / COURTROOM 1668
LOS ANGELES, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 17, 2021 | Chanel Mendoza | /s/ Chanel Mendoza |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2                    F 9021-1.2.BK.NOTICE.LODGMENT

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **ATTORNEY FOR CREDITOR BMW BANK OF NORTH AMERICA, C/O AIS PORTFOLIO SERVICES, LP:** Bhagwati Barot    bbarot@aissolution.com
   - **ATTORNEY FOR CREDITOR/PLAINTIFF COMERICA BANK:** Jennifer Witherell Crastz    jcrastz@hrhlaw.com
   - **ATTORNEY FOR CREDITOR/PLAINTIFF COMERICA BANK:** Christopher D Crowell    ccrowell@hrhlaw.com
   - **CREDITOR BANK OF AMERICA, N.A.:** Joseph C Delmotte    ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com; jdelmotte@aldridgepite.com
   - **INTERESTED PARTY COURTESY NEF:** Howard M Ehrenberg    hehrenberg@sulmeyerlaw.com, hehrenberg@ecf.inforuptcy.com; mviramontes@ecf.inforuptcy.com
   - **INTERESTED PARTY ANDY EPSTEIN:** Andy J Epstein    taxcpaesq@gmail.com
   - **CREDITOR FRANK O FOX AND DEFENDANT THE LAW FIRM OF FOX AND FOX:** Frank O Fox    frank@foxandfox.com
   - **TRUSTEE DAVID M GOODRICH (TR):** David M Goodrich (TR) dgoodrich@wgllp.com, c143@ecfcbis.com; dgoodrich11@ecf.axosfs.com; lrobles@wgllp.com
   - **ATTORNEY FOR TRUSTEE DAVID M GOODRICH (TR):** Chad V Haes chaes@marshackhays.com, chaes@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com; cmendoza@marshackhays.com; kfrederick@ecf.courtdrive.com
   - **ATTORNEY FOR TRUSTEE DAVID M GOODRICH (TR):** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ACCOUNTANT SAM S LESLIE:** Sam S Leslie admin@leaaccountancy.com
   - **ATTORNEY FOR TRUSTEE DAVID M GOODRICH (TR):** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
   - **ATTORNEY FOR DEBTOR BENJAMIN W GONZALES:** James R Selth jim@wsrlaw.net, jselth@yahoo.com; brian@wsrlaw.net; vinnet@ecf.inforuptcy.com
   - **INTERESTED PARTY COURTESY NEF:** Valerie Smith    claims@recoverycorp.com
   - **UNITED STATES TRUSTEE (LA):** United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
   - **ATTORNEY FOR DEBTOR BENJAMIN W GONZALES:** Daniel J Weintraub dan@wsrlaw.net, vinnet@ecf.inforuptcy.com; gabby@wsrlaw.net; eduardo@wsrlaw.net
   - **ATTORNEY FOR CREDITOR BONIAL & ASSOCIATES, P.C. – PHH:** Gilbert R Yabes ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com; gyabes@aldridgepite.com
   - **ATTORNEY FOR CREDITOR GRETEL GONZALES:** Jasmin Yang jasmin.yang@usdoj.gov, USACAC.CIVIL@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                  Page 3                                                **F 9021-1.2.BK.NOTICE.LODGMENT**